## 5332. BOWEN *v.* KING BROTHERS & COMPANY.

ROAN, J. This being a suit to recover money alleged to have been col-
lected by a laborer after having assigned his wages to the plaintiffs,
and no written assignment being in evidence, and it appearing, from
the uncontradicted evidence, that the wages assigned were unearned at
the time of the alleged assignment, the assignment was void under the
provisions of the Civil Code, § 3465, and the plaintiffs were not entitled
to recover. The certiorari should have been sustained.

*Judgment reversed.*

DECIDED JANUARY 27, 1914.

Certiorari; from Fulton superior court—Judge Bell. October
23, 1913.

*J. Hughes Roberts,* for plaintiff in error.
*Gober & Jackson,* contra.

---

## 5336. OCILLA SOUTHERN RAILROAD COMPANY *v.* DORMINY.

ROAN, J. 1. Where, during the time that a railway train was standing at
a station, three hogs went under the train and lay down, and two of
them were run over and killed by the train as it moved out of the
station, the presumption of negligence, arising against the railroad com-
pany, is not rebutted until it is made affirmatively to appear that the
servants of the company in charge of the train did not know of the
presence of the hogs under the train, and by the exercise of ordinary
care could not have discovered this fact. In the present case a witness
testified that the engineer and the fireman were on the engine and
could not have seen the hogs under the train immediately prior to the
time they were killed. This witness further testified that he did not see
the conductor, but supposed he was inside the train. This evidence did
not demand a finding that the servants of the company did not know
of the presence of the hogs under the train and could not have dis-
covered their presence by the exercise of ordinary care.

2. The court did not err in refusing to sanction the certiorari.

*Judgment affirmed.*

DECIDED JANUARY 27, 1914.

Certiorari; from Berrien superior court—Judge Thomas. Octo-
ber 18, 1913.

*H. J. Quincey, Lovett & Murray,* for plaintiff in error.